768 A.2d 778

IN THE MATTER OF NICHOLAS PANARELLA, JR., AN ATTORNEY AT LAW.

April 3, 2001.

## ORDER

**NICHOLAS PANARELLA, JR.,** of **MARLTON,** who was admitted to the bar of this State in 1974, having pleaded guilty to superseding information in *United States v. Nicholas Panarella, Jr.,* Criminal Number 00–655–01 (E.D.Pa.), charging him with the felony offense of being an accessory after the fact to a wire fraud scheme, in violation of 18 *U.S.C.A.* §§ 3, 1343 and 1346, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **NICHOLAS PANARELLA, JR.,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings

against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **NICHOLAS PANARELLA, JR.,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **NICHOLAS PANARELLA, JR.,** comply with *Rule* 1:20–20 dealing with suspended attorneys.